UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SESAME WORKSHOP,
:
:
                Plaintiff,    :
:               18-CV-4597 (VSB)
     - against -            :
:                     **ORDER**
:
STX PRODUCTIONS, LLC, et al.,    :
:
              Defendants.  :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/2018

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On May 24, 2018, I held a hearing in this matter pertaining to Plaintiff's application for a temporary restraining order. Accordingly, and for the reasons discussed on the record, it is hereby

       ORDERED that Defendants shall file a response to Plaintiff's TRO papers on or before May 28, 2018 at 2:00 p.m. EST and Plaintiff shall file a reply on or before May 29, 2018 at 5:00 p.m. EST. The parties are directed to appear for a hearing on the TRO on May 30, 2018 at 2:30 p.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: May 25, 2018
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge