UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
: 
SESAME WORKSHOP, :
: Case No. _____
Plaintiff, :
: **TEMPORARY RESTRAINING**
- against - : **ORDER AND ORDER TO**
: **SHOW CAUSE FOR A**
STX PRODUCTIONS, LLC, STX FINANCING, : **PRELIMINARY INJUNCTION**
LLC, and STX FILMWORKS, INC., :
:
Defendants. :
------------------------------------------------------------------ x

Upon the declaration of John N. Orsini, dated May 22, 2018, and exhibits appended thereto; the declaration of Joseph P. Salvo, dated May 22, 2018; the declaration of John Gallacher, dated May 22, 2018; Plaintiff Sesame Workshop's Memorandum Of Law In Support Of Plaintiff's Application For A Temporary Restraining Order And Preliminary Injunction, dated May 23, 2018 (the "Application"); and Sesame Workshop's Complaint, dated May 23, 2018, and proceedings had herein with regard to the present application, it is hereby

ORDERED, that defendants STX Productions, LLC, STX Financing, LLC, STX Filmworks, Inc. (collectively, "STX" or "Defendants") show cause before a motion term of this Court to be held, at the U.S. Courthouse, 500 Pearl Street, New York, New York, 10007, at \_\_\_\_ a.m./p.m. on \_\_\_\_\_ \_\_\_, 2018, why an order should not be issued granting a preliminary injunction that enjoins Defendants from using Sesame's protected trademarks and intellectual property, including Defendants' use of the phrase "NO SESAME. ALL STREET", in the marketing or promotion of the movie *The Happytime Murders* anywhere in the United States, and enjoins Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and all those in active concert or

3354968.4

participation with them or having knowledge of the causes of action, from enabling or assisting Defendants in such uses;

AND IT IS FURTHER ORDERED that, sufficient reason having been shown therefor, pending the hearing of this Application, pursuant to Rule 65 of the Federal Rules of Civil Procedure:  Defendants are temporarily restrained and enjoined from using Sesame's protected trademarks and intellectual property, including Defendants' use of the phrase "NO SESAME. ALL STREET",  in the marketing or promotion of the movie *The Happytime Murders* anywhere in the United States, and enjoins Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and all those in active concert or participation with them or having knowledge of the causes of action, from enabling or assisting Defendants in such uses;

AND IT IS FURTHER ORDERED that any papers responding to the Application be served and filed on or before _____, 2018, and that any reply papers in further support of the Application and Motion be served and filed on or before _____, 2018;

AND IT IS FURTHER ORDERED that security in the amount of $_____ be posted by Sesame Workshop prior to _____, 2018;

AND IT IS FURTHER ORDERED that, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, service via e-mail and FedEx of a copy of this order and the papers upon which it is granted made on the Defendants or their counsel on or before _____, 2018, shall be deemed good and sufficient service and notice thereof.

Dated:   New York, New York
         May ___, 2018

_____
United States District Judge

3354968.4