USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SESAME WORKSHOP,                                             :
:
                      Plaintiff,           :
:    18-CV-4597 (VSB)
      - against -                              :
:    **ORDER**
:
STX PRODUCTIONS, LLC, et al.,                                :
:
                      Defendants.          :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On May 30, 2018, I held a hearing in this matter pertaining to Plaintiff's application for a temporary restraining order.  (Doc. 9.)  Accordingly, and for the reasons set forth on the record at the hearing, it is hereby

       ORDERED that Plaintiff's application for a temporary restraining order is DENIED.

       IT IS FURTHER ORDERED that the parties are directed to meet and confer and, on or before June 8, 2018, submit a joint update to the Court regarding how they propose to proceed in this matter.

SO ORDERED.

Dated: May 31, 2018
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge